

HUNTON ANDREWS KURTH LLP
550 SOUTH HOPE STREET, SUITE 2000
LOS ANGELES, CALIFORNIA 90071-2627

TEL   213 • 532 • 2000
FAX   213 • 532 • 2020

ANN MARIE MORTIMER
DIRECT DIAL: 213 • 532 • 2103
EMAIL: amortimer@HuntonAK.com

FILE NO. 052059.0000064

February 24, 2023

**Via E-Mail**

Victoria Chandler
Director of ADR Operations
American Arbitration Association
2355 Highway 36 West, Suite 400
Roseville, MN 55113
*ChandlerV@adr.org*

Re:   Individual Claimants -vs- Cellco Partnership d/b/a Verizon Wireless & Verizon
Case No. 01-22-0003-9225

Dear Ms. Chandler:

Verizon is in receipt of the Cellco Waiver Letter dated 2/24/2023.  Verizon elects to waive the requirements of paragraph (6) of the Verizon Customer Agreement dated October 20, 2021, which governs the claims filed to date by Mr. Hattis.  This waiver does not waive or affect in any way any subsequently registered Verizon Customer Agreement.

Verizon is therefore prepared to proceed to arbitration of all claims filed against it to date by Mr. Hattis on an individual basis with the American Arbitration Association. Verizon requests that the AAA appoint a process arbitrator to facilitate remaining procedural tasks, such as designing common discovery and how the documents-only arbitrations will proceed.  Verizon also requests that the AAA proceed with appointing arbitrators in these individual arbitrations.

Very truly yours,

*[signature]*

Ann Marie Mortimer

cc:   Sarah E. Lyzak, Esq.
Samuel A. Danon, Esq.
Daniel M. Hattis, Esq.
Paul Karl Lukacs, Esq.
Che Corrington, Esq.