# EXHIBIT A



2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

March 10, 2023

Daniel M. Hattis, Esq.
Hattis & Lukacs
400 108th Avenue NE
Suite 500
Bellevue, WA 98004
Via Email to: dan@hattislaw.com

Ann Marie Mortimer, Esq.
Hunton Andrews Kurth LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071
Via Email to: amortimer@hunton.com

Case Number: 01-22-0003-9225

Individual Claimants
-vs-
Cellco Partnership d/b/a Verizon Wireless &
Verizon

Dear Parties:

The American Arbitration Association (AAA) is in receipt of letters from Mr. Hattis dated March 2 and 8, 2023 and from Ms. Mortimer dated March 8, 2023 concerning the AAA's February 28, 2023 letter confirming the AAA's intention to proceed with the arbitration of the additional 1,968 cases filed with the AAA by Mr. Hattis.

Upon review of the parties' correspondence, along with Process Arbitrator Meyerson's February 22, 2023 Order and the signed waiver letter submitted by Respondent dated February 24, 2023, the AAA has decided that it will not appoint a Process Arbitrator to review the AAA's administrative determination to proceed with the administration of the additional 1,968 cases filed by Mr. Hattis on behalf of his clients.  As noted in our February 28, 2023 letter, upon payment of the filing fees for these cases by the Claimants, the AAA will request Respondent's portion of the administrative filing fees.  Once all filing fees are received from the parties, the AAA will provide arbitration administration for the additional 1,968 cases, and the parties can raise any arbitrability issues to the Merits Arbitrators once appointed.  The Claimants' payment remains due upon receipt and should be received by March 14, 2023 or the AAA may close these cases as the Claimants' filing requirements would not be met.

Sincerely,
/s/
Jill Roettger
Manager of ADR Services
Direct Dial: (612)509-2224
Email: jillroettger@adr.org
Fax: (612)342-2334

Supervisor Information: *Victoria Chandler, Director of ADR Services, e: VictoriaChandler@adr.org*

cc: Sarah E. Lyzak, Esq.
     Stephen DeNittis
     Paul Karl Lukacs, Esq.
     Che Corrington, Esq.
     Samuel A. Danon, Esq.