

**DeNittis | Osefchen | Prince**, P.C.
Attorneys at Law

denittislaw.com

5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
P: 856.797.9951 | F: 856.797.9978

1515 Market Street, Suite 1200
Philadelphia, PA 19102
P: 215.564.1721 | F: 215.564.1759

315 Madison Ave., 3rd Floor
New York, NY 10017
P: 646.979.3642

July 11, 2023

<u>**Via ECF Only**</u>
The Honorable Zahid N. Qurashi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

   Re: <u>**Corsi, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.**</u>
      **Civil Action No. 3:22-cv-4621-ZNQ-RLS**

      <u>**Allen, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.**</u>
      **Civil Action No. 3:23-cv-1138-ZNQ-RLS**

Dear Judge Qurashi:

  On June 12, 2023, the Court so-ordered the parties' proposal to submit stipulated facts necessary for the Court to resolve the parties' disputes as to whether these two matters should go forward in arbitration or in court.  *See* Dkt. No. 42 and No. 14, respectively.  The so-ordered deadline the parties requested is July 31, 2023.  By this letter, the parties jointly request that the deadline for submission of stipulated facts in both cases be continued to September 15, 2023.

  Thank you for Your Honor's consideration in this matter.

         Respectfully submitted,

         DeNITTIS OSEFCHEN PRINCE, P.C.

         STEPHEN P. DeNITTIS

SPD: jra
Encl.
cc: All Counsel of Record (via eCourts and Email)



Stephen P. DeNittis\*\*\*† | Joseph A. Osefchen | Shane T. Prince\* | Joseph A. D'Aversa | Charles J. Galvin\* | Donald F. Browne, Jr.

\*Member of the NJ & PA Bar  \*\*Member of the NJ & NY Bar  †Certified Civil Trial Attorney by the Supreme Court of New Jersey