**DeNittis | Osefchen | Prince, P.C.**
Attorneys at Law

denittislaw.com

5 Greentree Centre
525 Route 73 North, Suite 410
Marlton, NJ 08053
P: 856.797.9951 | F: 856.797.9978

1515 Market Street, Suite 1200
Philadelphia, PA 19102
P: 215.564.1721 | F: 215.564.1759

315 Madison Ave., 3rd Floor
New York, NY 10017
P: 646.979.3642

September 5, 2023

**Via ECF Only**
The Honorable Zahid N. Qurashi, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

Re:   **Corsi, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.**
      Civil Action No. 3:22-cv-4621-ZNQ-RLS

      **Allen, et al. v. Cellco Partnership d/b/a Verizon Wireless, et al.**
      Civil Action No. 3:23-cv-1138-ZNQ-RLS

Dear Judge Qurashi:

On June 12, 2023, the Court so-ordered the parties' proposal to submit stipulated facts necessary for the Court to resolve the parties' disputes as to whether these two matters should go forward in arbitration or in court.  *See* Dkt. No. 42 and No. 14, respectively.  The so-ordered deadline the parties requested was July 31, 2023.  By letter, the parties jointly requested that the deadline for submission of stipulated facts in both cases be continued to September 15, 2023 which the Court graciously granted.  The parties are jointly submitting this letter for an additional extension to October 15, 2023 for the deadline for submission of stipulated facts in both of the two above referenced cases.

Thank you for Your Honor's consideration in this matter.

Respectfully submitted,

DeNITTIS OSEFCHEN PRINCE, P.C.

STEPHEN P. DeNITTIS

SPD: jra
Encl.
cc:   All Counsel of Record (via eCourts and Email)

Stephen P. DeNittis***† | Joseph A. Osefchen | Shane T. Prince* | Joseph A. D'Aversa | Charles J. Galvin* | Donald F. Browne, Jr.

*Member of the NJ & PA Bar    **Member of the NJ & NY Bar    †Certified Civil Trial Attorney by the Supreme Court of New Jersey