DeNITTIS OSEFCHEN PRINCE, P.C.
Stephen P. DeNittis, Esq. (031981997)
Joseph A. Osefchen, Esq. (024751992)
Shane T. Prince, Esq. (022412002)
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951

CRIDEN & LOVE, P.A.
Michael E. Criden, Esq.*
Lindsey C. Grossman, Esq.*
7301 SW 57th Court, Suite 515
South Miami, FL 33143
(305) 357-9000

HATTIS & LUKACS
Daniel M. Hattis, Esq.*
Paul Karl Lukacs, Esq.*
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
(425) 233-8650

* Pro Hac Vice Application
  To Be Submitted

Attorneys for Plaintiffs and the Proposed Classes

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| MARY BOWMAN; ART CAPRI; DEBRA CASEY; KARYN CHALLENDER; TYSON COHRON; CINTIA CORSI; ANDI ELLIS; LAURIE FRANTZ; ASHLEY GARRISON; ANGELA GREEN; CARLOS GUTIERREZ; JAMES HOLLING; KAREN HUDSON; JERRY HUNT; JENNIFER HURTT; JOYCE JONES; LYNN KIRALY; MICHELLE LACUESTA; JASON MCCONVILLE; JOSE NICOT; SANDRA OSHIRO; LESLIE OWENS; JON SANTOS; TERRY SEXTON; RITSUKO TSUNASHIMA-KUKONU; and KATHLEEN WRIGHT; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS and VERIZON COMMUNICATIONS INC.,<br><br>Defendants. | CIVIL ACTION NO. 3:22-cv-04621<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)** |

Plaintiffs Mary Bowman, Art Capri, Debra Casey, Karyn Challender, Tyson Cohron, Cintia Corsi, Andi Ellis, Laurie Frantz, Ashley Garrison, Angela Green, Carlos Gutierrez, James Holling, Karen Hudson, Jerry Hunt, Jennifer Hurtt, Joyce Jones, Lynn Kiraly, Michelle Lacuesta, Jason McConville, Jose Nicot, Sandra Oshiro, Leslie Owens, Jon Santos, Terry Sexton, Ritsuko Tsunashima-Kukonu and Kathleen Wright, and Defendants Cellco Partnership d/b/a Verizon Wireless and Verizon Communications, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, with each party bearing its own fees and costs.

**DeNITTIS OSEFCHEN PRINCE, P.C.**
**Attorneys for Plaintiffs & the Class**

By: s/ Stephen P. DeNittis
    STEPHEN P. DeNITTIS, ESQ.
    525 Route 73 North, Suite 410
    Marlton, NJ 08053
    Tel. (856) 797-9951
    sdenittis@denittislaw.com

Dated: September 25, 2024

**FAEGRE DRINKER BIDDLE & REATH**
**Attorneys for Defendants**

By: s/ Jeffrey S. Jacobson
    JEFFREY S. JACOBSON, ESQ.
    600 Campus Drive
    Florham Park, NJ 07932
    Tel. (973) 549-7000
    Jeffrey.jacobson@faegredrinker.com

Dated: September 25, 2024

So Ordered this 26 day of September, 2024

Hon. Zahid N. Quraishi
United States District Judge